UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-349 RHK/JMM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT L. JONES,<br><br>Defendant,<br><br>PEPSI BOTTLING COMPANY,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on December 13, 2002, is hereby released.

Dated: 1/22/03

ARTHUR J. BOYLAN
United States Magistrate Judge

JAN 22 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK